THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH SUAREZ, Appellant. [930 NYS2d 446]—

Defendant is eligible for consideration for resentencing even though he had been released from custody on his drug convictions but reincarcerated for parole violations (*see People v Paulin*, 17 NY3d 238 [2011]). Concur—Mazzarelli, J.P., Catterson, DeGrasse, Abdus-Salaam and Román, JJ.